UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DIANA C. ANDERSON, | No. 13-17594 |
| Plaintiff - Appellant, | D.C. No. 4:12-cv-00145-CKJ |
| v. | District of Arizona, Tucson |
| SUN LIFE ASSURANCE OF CANADA, INC. And COMMUNITY HEALTH SYSTEMS INCORPORATED, | ORDER |
| Defendants - Appellees. | |

Before: McKEOWN, WARDLAW, and TALLMAN, Circuit Judges.

Diana Anderson's motion to amend this Court's June 13, 2016 order is GRANTED. The order is hereby amended to provide as follows:

Sun Life Assurance Company of Canada and Diana Anderson's joint motions to vacate this Court's memorandum disposition dated April 6, 2016, vacate the November 19, 2013 judgment and order of the District Court, and dismiss this action with prejudice are GRANTED. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**